JEAN E. WILLIAMS
Deputy Assistant Attorney General
JOHN H. MARTIN, CO #32667
Wildlife & Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Telephone (303) 844-1383
Facsimile (303) 844-1350
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** | Case No. 3:18-CV-01420-AC |
| Plaintiff, | **NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD** |
| v. | |
| **UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | |
| Defendants. | |

Defendants hereby provide notice of filing a supplemental administrative record for the

U.S. Fish and Wildlife Service in the above-captioned case. The certification for this

supplemental administrative record is attached to this notice as an exhibit. This supplemental

administrative record was sent to Court and Plaintiff via Federal Express overnight mail on June

Page 1 of 3:  NOTICE OF FILING THE ADMINISTRATIVE RECORD

9, 2020. The supplemental administrative record and accompanying index for the United States Fish and Wildlife Service is contained on one USB flash drive.

Dated this 9th day of June, 2020.

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ John H. Martin*
JOHN H. MARTIN
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Telephone (303) 844-1383
Facsimile (303) 844-1350

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2020, a true and correct copy of the above document was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

*/s/ John H. Martin*
JOHN H. MARTIN