IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORTHWEST ENVIRONMENTAL                No. 3:18-cv-01420-AR
ADVOCATES, a non-profit organization,

             Plaintiff,                              ORDER

      v.

UNITED STATES FISH AND
WILDLIFE SERVICE, a United States
Government Agency; UNITED STATES
 ENVIRONMENTAL PROTECTION
AGENCY, a United States Government
Agency,

             Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Armistead issued a Findings and Recommendation on September 15,

2023, in which she recommends that the Court deny Plaintiff's Motion for Summary Judgment

(ECF 48) and grant Defendants' Cross-Motion for Summary Judgment (ECF 57). F&R, ECF

[65]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation [65]. Accordingly, Plaintiff's Motion for Summary Judgment [48] is DENIED and Defendants' Cross-Motion for Summary Judgment [57] is GRANTED.

IT IS SO ORDERED.


DATED: _____ November 26, 2023 _____.


_____
MARCO A. HERNÁNDEZ
United States District Judge